UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIYANA PRICE-PAULINE,<br><br>  Plaintiff,<br><br>  v.<br><br>PERFORMANT RECOVERY, INC.,<br><br>  Defendant. | Case No.  14-cv-00850-HSG  (KAW)<br><br>**ORDER TERMINATING DISCOVERY LETTER BRIEFS**<br><br>Re: Dkt. Nos. 42, 43 |

On March 13, 2015, Defendant Performant Recovery, Inc. filed two discovery letters. In the filings, Defendant indicates that the parties' meet and confer efforts are ongoing and that Plaintiff is willing to prepare her portion of the joint letters early this week. As the parties are already aware that this Court's General Standing Order requires them to jointly prepare any discovery letter brief, *see* Dkt. No. 34, Defendant's discovery letter briefs are terminated. If the parties' ongoing meet and confer efforts are unsuccessful, they shall jointly prepare discovery letter briefs for the Court, which should be filed by no later than March 20, 2015. The Court is aware that the deadline for raising these outstanding discovery disputes was March 13, 2015, seven days after the March 6, 2015 discovery cut-off. *See* Civil L.R. 37-3. The Court will nonetheless permit the parties to file these additional joint letters given that Defendant's filings would have been timely if they had contained both parties' contributions. To the extent that Defendant requires additional time to complete Plaintiff's deposition, it should seek an extension of the March 6, 2015 discovery cut-off from the presiding judge.

IT IS SO ORDERED.

Dated: 03/16/15

KANDIS A. WESTMORE
United States Magistrate Judge