UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIYANA PRICE-PAULINE,

    Plaintiff,

  v.

PERFORMANT RECOVERY, INC.,

    Defendant.

Case No. 14-cv-00850-HSG

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: July 6, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge