Scott C. Borison, State Bar No. 289456
Legg Law Firm, LLP.
1900 S. Norfolk St., Suite 350
San Mateo CA 94403
Telephone:    (301) 620-1016
Fax:               (301) 620-1018
Email: borison@legglaw.com

Attorney for Plaintiff, AIYANA PRICE-PAULINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| AIYANA PRICE-PAULINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PERFORMANT RECOVERY INC.,<br><br>　　　　Defendant. | Case No. 3:14-CV-00850-JD<br><br>[PROPOSED] **ORDER GRANTING JUDGMENT BASED ON DEFENDANT'S OFFER OF JUDGMENT** |

**ORDER**

Defendant, Performant Recovery Inc., pursuant to Rule 68 of the Federal Rules of Civil Procedure, made an offer of judgment to the Plaintiff Aiyana Price-Pauline. The Plaintiff accepted the offer in accordance with its terms. Accordingly, it is this  13  day of   July   , 2015 by the United States District Court for the Northern District of California ORDERED:

　　1.　　Judgment is hereby entered for statutory and actual damages on the Plaintiff's claims under the Fair Debt Collection Practices Act and the California

- 1 -

Rosenthal Act in the amount of Twelve Thousand Five Hundred and no/100 Dollars ($12,500.00). The judgment amount shall accrue interest as allowed under 28 U.S.C. § 1961.

2. Plaintiff is entitled to move for her costs, including attorney's fees under the Fair Debt Collection Practices Act and the California Rosenthal Act.

3. Plaintiff to request fees within 14 days of this order.



GRANTED
Judge James Donato

- 2 -

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT       CASE NO. 3:14-CV-00850